UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Magistrate No. 20-3019 (TJB) |
| v. | |
| | RELEASE ORDER |
| EARLJA DUDLEY | |

This Court having held a bail hearing on June 29, 2020 and having set conditions of release;

IT IS on this 29th day of June 2020;

ORDERED that defendant Earlja Dudley be released on June 30, 2020 directly from the Essex County Correctional Facility to the custody of either Shakira Mooreland or Diane Mooreland pursuant to the conditions of release set by the Court.

IT IS FURTHER ORDERED that upon release, the defendant shall be brought directly to the Pretrial Services Office in the United States Courthouse in Trenton, New Jersey.

HON. TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE