UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Magistrate No. 20-3019 (TJB) |
| v. | ORDER MODIFYING CONDITIONS OF RELEASE |
| EARLJA DUDLEY | |

This matter having been brought before the Court on Defendant's application for an order modifying the conditions of release imposed on June 29, 2020, which require that Defendant be restricted to his residence except for medical treatment, employment, religious services, court appearances or other activities approved by the Court; and Defendant seeking permission to leave his home to cash checks, including but not limited to his paycheck, a monthly payment he receives, and the check he received from the county jail when released; and the Government and Pretrial Services having no objection; and for good cause shown;

IT IS ORDERED this 27th day of July, 2020 that the Defendant's conditions of released are modified to permit Defendant to leave his home to cash checks and for other employment related activities with prior approval from Pretrial Services.

IT IS FURTHER ORDERED that all other conditions of release remain in effect.

_____
TONIANNE J. BONGIOVANNI
United States Magistrate Judge