# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**  **April 13, 2021**
**MAGISTRATE JUDGE: BONGIOVANNI**  **DATE OF PROCEEDINGS**
**ESR: Mark J. Morelli**

**TITLE OF CASE**:  MJ-20-3019 (TJB)

UNITED STATES OF AMERICA,
    V.
EARLJA J. DUDLEY

**APPEARANCES:**

Alexander Ramey, AUSA, & Michelle Gasparian, AUSA, for Government
Lisa J. Van Hoeck, AFPD for Defendant
Nicholas Zotti, Pretrial Services

**NATURE OF PROCEEDING:**  Violation Hearing via Video Conference

All parties consent to violation hearing by video conference.
Hearing on Petition Docket Entry No. 31 for action on conditions of pretrial release.
Hearing on application of Government to revoke pretrial release.
Ordered application granted.
Ordered defendant remanded to the custody of the US Marshals.
Order to be entered.

TIME COMMENCED:  2:00 p.m.
TIME ADJOURNED:  2:15p.m.      s/ Mark Morelli
TOTAL TIME: 15 MINUTES      Deputy Clerk