UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EARLJA J. DUDLEY | Honorable Tonianne J. Bongiovanni<br><br>Criminal No. 20-3019 (TJB)<br><br>**DETENTION ORDER** |

This matter having been opened to the Court by United States Probation on a Petition for Action on Conditions of Pretrial Release (Dkt. 31), the United States, by Rachael A. Honig, Acting United States Attorney for the District of New Jersey (Michelle S. Gasparian and Alexander E. Ramey, Assistant United States Attorneys, appearing ) and in the presence of the defendant EARLJA J. DUDLEY (by Lisa Van Hoeck), and EARLJA J. DUDLEY having voluntarily surrendered while the Petition was pending before this Court, and the defendant EARLJA J. DUDLEY having consented to detention prior to any action by this Court on the Petition, and EARLJA J. DUDLEY reserving his right to seek pre-trial release at a later hearing on the Petition; and for good cause shown:

IT IS, therefore, on this 13th day of April, 2021

ORDERED Pursuant to Title 18, United States Code, Section 3142(e), that the defendant, EARLJA J. DUDLEY, be detained, and that he be committed to the custody of the attorney General or his authorized representative; and it is further

ORDERED that such detention be without prejudice to the defendant's

1

right to seek pre-trial release pursuant to Title 18, United States Code, Section 3142(f) at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142, that the defendant be committed to the custody of the Attorney General or his authorized representative pending trial in the above-entitled matter; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HONORABLE TONIANNE J. BONGIOVANNI
United States Magistrate Judge